THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

HYLTON, VINCENT H           CASE No. 10-65834
HYLTON, MARY ELLEN        Chapter 7
                                   Honorable WALTER SHAPERO

         Debtor(s)     /

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $5.52 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name(s) of the Party(ies) entitled to these unclaimed dividends are as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| MBS | 115 | $5.52 |
| | **TOTAL** | **$5.52** |

Dated: August 15, 2011                  /s/ Kenneth A. Nathan
                                                  Kenneth A. Nathan, Trustee
                                                  260 Franklin Center
                                                  29100 Northwestern Highway
                                                  Southfield, MI 48034
                                                  (248) 351-0099
                                                  knathantrustee@nathanzousmer.com